Jayantibhai DESAI; Indiraben Patel, Petitioners,

v.

Michael B. MUKASEY, Attorney General, Respondent.

Nos. 05–74854, 06–75073.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 23, 2008.

Elif Keles, Carl M. Shusterman, Law Offices of Carl M. Shusterman, Los Angeles, CA, for Petitioners.

CAC–District Counsel, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard Zanfardino, Washington, DC, for Respondent.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

In these consolidated petitions, Jayantibhai Desai, a native and citizen of India, and Indiraben Patel, a native of Tanzania and citizen of the United Kingdom, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's removal orders, No. 05–74854, and of the BIA order denying their motion to reopen, No. 06–75073. We deny petition No. 05–74854 and dismiss petition No. 06–75073.

In *Jayantibhai v. Gonzales,* No. 04–74607 (9th Cir. Feb 15, 2005) (order), the court dismissed for lack of jurisdiction a petition for review of the BIA order dismissing petitioners' appeal. We do not revisit that determination.

We lack jurisdiction to review the BIA's decision not to invoke its sua sponte authority to reopen proceedings under 8 C.F.R. § 1003.2(a). *See Toufighi v. Mukasey,* 538 F.3d 988, 993 n. 8 (9th Cir.2008) (mandate pending).

No. 05–74584 PETITION FOR RE-VIEW DENIED;

No. 06–75073 PETITION FOR RE-VIEW DISMISSED.

